159 So.2d 284

**UNITED GAS PIPE LINE COMPANY**

**v.**

**NEW ORLEANS TERMINAL COMPANY.**

No. 46989.

Jan. 20, 1964.

159 So.2d 284

**Burtis L. BURNS et al.**

**v.**

**CHILD'S PROPERTIES, INC. et al.**

No. 47007.

Jan. 20, 1964.

159 So.2d 284

**UNITED GAS PIPE LINE COMPANY**

**v.**

**NEW ORLEANS TERMINAL COMPANY.**

No. 46996.

Jan. 20, 1964.

In re: New Orleans Terminal Company applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 156 So.2d 297.

Writ refused. On the facts found by the Court of Appeal, we find no error of law as to the issues finally disposed of in Court of Appeal judgment. As to the matters included in the remand, the judgment is not final.